DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SUTTON

No. 188P92

Case below: 106 N.C.App. 230

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. TYSON

No. 307P92

Case below: 106 N.C.App. 707

Motion by Attorney General to dismiss appeal by defendant for lack of substantial constitutional question allowed 18 November 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE EX REL. UTILITIES COMM. v. CAROLINA UTILITY CUST. ASSN.

No. 209P92

Case below: 106 N.C.App. 218

Petition by defendant (Piedmont Natural Gas Co.) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE EX REL. UTILITIES COMM. v. CAROLINA UTILITY CUST. ASSN.

No. 225P92

Case below: 106 N.C.App. 306

Petition by defendant (Piedmont Natural Gas Co.) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE EX REL. UTILITIES COMM. v. CAROLINA UTILITY CUST. ASSN.

No. 279P92

Case below: 106 N.C.App. 491

Petition by plaintiff (N.C. Natural Gas Corp.) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.